**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | 18-21646 |
| | ) | |
| SAUSHA WRIGHT, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. Judge: CASSLING |

## NOTICE OF MOTION

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee:  USTPRegion11.ES.ECF@usdoj.gov
MO Marshall, Chapter 13 Trustee: ecf@tvch13.net

*To the following persons or entities who have been served via U.S. Mail:*  See attached list.

   PLEASE TAKE NOTICE that on **February 11, 2021**, at **9:30 A.M**., I will appear before the Honorable Judge **CASSLING**, or any judge sitting in that judge's place, and present the **Motion to Incur Debt and Shorten Notice**, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828- 7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is **161 414 7941** and the password is **619**. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

## PROOF OF SERVICE

The undersigned certifies that copies of this Notice and attachments were served to the listed persons or entities, if service by mail was indicated above, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, on or before February 4, 2021, at 5:30 p.m., with proper postage prepaid, unless a copy was provided electronically by the Bankruptcy Court.

DATE OF SERVICE: <u>February 4, 2021</u>      <u>/s/ Robert C. Bansfield Jr.</u>
Robert C. Bansfield Jr., A.R.D.C. #6329415

Attorney for the Debtor
DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL  60090
(847) 520-8100
rbansfield@davidmsiegel.com

*To the following persons or entities who have been served via U.S. Mail:*

Sausha Wright
3201 Butler Ave.
Steger, IL 60475

HealthCare Associates Credit Union
1151 East Warrenville Road
Naperville, IL 60563

Cook County Treasurer's Office
Legal Department
118 North Clark Street, Room 112
Chicago, IL 60602-1332

Premier Bankcard, LLC
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud, MN 56302-9617

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

JPMC Specialty Mortgage LLC
Chase Records Center
Mail Code LA4-5555
700 Kansas Lane
Monroe, LA 71203

Illinois Department of Revenue
Bankruptcy Unit
P.O. Box 19035
Springfield, IL 62794-9035

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | 18-21646 |
| | ) | |
| SAUSHA WRIGHT, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. Judge: CASSLING |

**MOTION TO INCUR DEBT and SHORTEN NOTICE**

NOW COMES the Debtor, **Sausha Wright**, by and through her attorneys, DAVID M. SIEGEL & ASSOC., LLC, to present this Motion, and in support thereof states as follows:

1) This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois Eastern Division.

2) On August 1, 2018, the Debtor filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC and Tom Vaughn was appointed Trustee in the case.

3) The Debtor's Chapter 13 plan provides for payments of $1,325.00 per month for 2 months and then $1,600.00 per month for at 58 months, with payments to the General Unsecured Creditors of 100% of their allowed claims.

4) Debtor is currently without a vehicle because the car that she is driving now has engine problems and is beyond repair.

5) Debtor has received terms of financing to purchase a 2018 Chevrolet Equinox from Apple Chevrolet, Inc.  The interest rate on the vehicle is 13.39% with monthly payments of $301.96 per month for 72 months (Exhibit A).

6) The vehicle Debtor seeks to purchase is reliable and necessary for the effective reorganization of her debts in her Chapter 13 bankruptcy as she needs it to commute to work.

7) Debtor requests that Court shorten notice requirement because the longer Debtor is without a car, the more money she will spend on transportation.

    WHEREFORE, the Debtor, **Sausha Wright**, prays that this Honorable Court enter an Order Granting Debtor Permission to Incur Debt, Shorten Notice, and for other such relief as the Court deems fair and proper.

    Respectfully Submitted,

    /s/ Robert C. Bansfield Jr.
    Robert C. Bansfield Jr., A.R.D.C. #6329415
    Attorney for the Debtor

David M. Siegel & Associates, LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100
rbansfield@davidmsiegel.com