UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 18-21646 |
| SAUSHA WRIGHT ) | | |
| ) | Chapter: | 13 |
| ) | Honorable Donald R. Cassling | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

**ORDER GRANTING MOTION TO INCUR DEBT and TO SHORTEN NOTICE**

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED that:

1) Debtor's request to shorten the notice requirement is granted.

2) The Debtor is granted leave to obtain financing in the amount of up to $14,810.63 with financing of an annual percentage rate of up to 13.39%, with monthly payments of up to $301.96 per month for a 2018 Chevrolet Equinox or similar vehicle.

Enter:  *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: February 11, 2021

**Prepared by:**

Robert C. Bansfield Jr. ARDC #6329415
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100
rbansfield@davidmsiegel.com